IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNATHAN WALKER,

    Plaintiff,                      No. 2:12-cv-2374 JFM P

    vs.

SOLANO COUNTY JAIL OFFICER
DAVID AMICCUCI,

    Defendant.                  ORDER

        On November 28, 2012, defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b). Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On October 26, 2012, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed October 26, 2012, plaintiff was advised that

/////

1

1 failure to comply with the Local Rules may result in a recommendation that the action be
2 dismissed.
3       Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
4 date of this order, plaintiff shall file an opposition, if any he has, to the motion to dismiss or a
5 statement of non-opposition.  Failure to comply with this order will result in dismissal of this
6 action pursuant Federal Rule of Civil Procedure 41(b).
7 DATED: January 7, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

12
walk2374 .46osc